# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND HARGROVE, | No. 3:17-CV-00108 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| PENNSYLVANIA PAROLE BOARD and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | |
| Respondents. | |

# ORDER

### MARCH 18, 2019

On February 13, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Mr. Hargrove's Petition for a Writ of Habeas Corpus. Objections to that Report and Recommendation were due by February 6, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carlson, ECF No. 13, is **ADOPTED IN ITS ENTIRETY**.

2. The Petition for a Writ of Habeas Corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability **SHALL NOT** issue.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge